NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

## ACCELERATION BAY, LLC,
*Appellant*

**v.**

## ACTIVISION BLIZZARD INC., ELECTRONIC ARTS INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., 2K SPORTS, INC., ROCKSTAR GAMES, INC.,
*Appellees*

———————————————

2018-1123

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00724.

———————————————

## JUDGMENT

———————————————

AARON M. FRANKEL, Kramer Levin Naftalis & Frankel LLP, New York, NY, argued for appellant. Also represented by JAMES R. HANNAH, PAUL J. ANDRE, Menlo Park, CA.

ANDREW RYAN SOMMER, Winston & Strawn LLP, Washington, DC, argued for appellees. Also represented by GINO CHENG, Hong Kong, China; MICHAEL A.

TOMASULO, Los Angeles, CA; MICHAEL MARTIN MURRAY, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2019                 /s/ Peter R. Marksteiner
         Date                         Peter R. Marksteiner
                                      Clerk of Court